IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EPH 2 ASSETS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:15-CV-0877-D |
| | § | |
| LESLIE D. ROGERS, | § | |
| | § | |
| Defendant. | § | |

### ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, plaintiff's April 20, 2015 motion to remand is granted to the extent that this action is remanded to the Justice Court of Dallas County, Texas, Precinct 4, Place 1. The court denies plaintiff's request for an award of attorney's fees. The clerk of court shall effect the remand according to the usual procedure.

**SO ORDERED**.

June 30, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE